IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Benjamin M. Auslander | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Tredyffrin/Easttown School | : | No.: 2:22-cv-01425 |

### ORDER

AND NOW, this _____ day of _____ 20 22, it is hereby

ORDERED that the application of __Nicholas R. Barry_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐     GRANTED.[1]

☐     DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Nicholas R. Barry</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Walter S. Zimolong III                                      02/13/03                89151

(Sponsor's Name)        (Sponsor's Signature)       (Admission date)      (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Zimolong, LLC, 353 West Lancaster Ave, Suite 300, Wayne, PA 19087

(215) 665-0842

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/22/2022
(Date)

(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Benjamin M. Auslander | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Tredyffrin/Easttown School | : | No.: 2:22-cv-01425 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Nicholas R. Barry**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Brian R. Elias, Esquire
460 Norristown Road, Suite 110
Blue Bell, PA 19422

_____
(Signature of Attorney)
Walter S. Zimolong III
(Name of Attorney)
Benjamin M. Auslander
(Name of Moving Party)
04/25/2022
(Date)