IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN M. AUSLANDER | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | NO. 22-1425 |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, et al. | : | |

SCHEDULING ORDER

AND NOW, this 2nd day of May, 2022, following a telephone conference with counsel, it is hereby ORDERED that:

(1)   The Court will hold a non-jury trial on Wednesday, May 18, 2022 at 10:00 a.m. in Courtroom 16A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  The Court will hear oral argument thereafter.

(2)   Plaintiff shall file and serve his pre-trial memorandum on or before May 9, 2022.

(3)   Defendants shall file and serve their responsive pre-trial memorandum on or before May 16, 2022.

(4)   Defendants shall also submit to the Court as soon as possible a copy of the contract between defendant Tredyffrin/Easttown School District and Pacific Educational Group and shall submit as soon as possible for in camera review the Pacific Educational Group materials at issue.

(5)   Counsel shall submit to the Court in advance of trial any stipulation of facts.

-2-

(6) Before commencement of the trial, counsel will pre-mark and exchange all exhibits except for the Pacific Educational Group materials at issue. The Court should be supplied with <u>two</u> (2) separate sets of said exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.