IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN M. AUSLANDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 22-1425 |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, et al. | : | |

ORDER

AND NOW, this 8th day of August, 2022, it is hereby ORDERED that:

(1) The motion of plaintiff Benjamin M. Auslander to compel the depositions of Wendy Towle and Oscar Torres and for sanctions relief (Doc. #37) is GRANTED in part and DENIED in part.

(2) Defendant Tredyffrin/Easttown School District shall produce Dr. Wendy Towle for her deposition within fifteen (15) days of the date of this order unless the parties agree to another date. The testimony of Dr. Towle shall be limited to her communications with defendant Pacific Education Group and with others related to the production of curriculum in issue to plaintiff Benjamin M. Auslander. The deponent shall not be examined on the choice, contents, or teaching of the curriculum. The deposition of Dr. Towle shall be limited to no more than two (2) hours.

-2-

    (3)    The motion of plaintiff to compel the deposition of Dr. Oscar Torres is DENIED.  The testimony sought does not appear to be relevant to any party's claim or defense and is not proportional to the needs of the case.  <u>See</u> Fed. R. Civ. P. 26(b)(1).

    (4)    The motion of plaintiff is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III

_____
                                              J.