IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN AUSLANDER, | : | No: 2:22-cv-01425-HB |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, et. al, | : | |
| Defendants. | : | |

REQUEST FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST
DEFENDANT PACIFIC EDUCATIONAL GROUP ONLY

TO THE COURT:

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff requests that the Court dismiss plaintiff's claims against Pacific Educational Group, *only*.

Respectfully submitted,

Date: August 25, 2022

/s/ *Walter S. Zimolong, Esq.*
Walter S. Zimolong, Esquire
wally@zimolonglaw.com
James J. Fitzpatrick, Esquire
James@zimolonglaw.com
PO Box 552
Villanova, PA 19085
Tele: 215-665-0842
Attorney for Plaintiff

APPROVED BY THE COURT:

/s/ Harvey Bartle III
_____
The Honorable Harvey Bartle III

Date: August 25, 2022