IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BENJAMIN AUSLANDER : CIVIL ACTION
:
        v. :
:
TREDYFFRIN/EASTTOWN SCHOOL : NO. 22-1425
DISTRICT, et al.

ORDER

AND NOW, this 8th day of September, 2022, following a telephone conference with counsel, it is hereby ORDERED that:

(1)  the motion of plaintiff Benjamin Auslander to compel production of documents (Doc. #45) is GRANTED IN PART and DENIED IN PART; and

(2)  defendants Tredyffrin/Easttown School District and Arthur J. McDonnell shall produce on or before September 15, 2022 any and all documents in their possession, not yet produced, that relate to the January 19, 2022 request of the plaintiff Benjamin Auslander.

BY THE COURT:

/s/ Harvey Bartle III

_____
                                                          J.