IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN M. AUSLANDER | : | CIVIL ACTION |
| v. | : | |
| | : | |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, et al. | : | NO. 22-1425 |

ORDER

AND NOW, this 5th day of December, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of the defendants Tredyffrin/Easttown School District and Arthur J. McDonnell for summary judgment against plaintiff Benjamin M. Auslander (Doc. #55) is GRANTED; and

(2) the motion of plaintiff Benjamin M. Auslander for summary judgment (Doc. #54) against Tredyffrin/Easttown School District and Arthur J. McDonnell is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                         J.