IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN M. AUSLANDER | : | CIVIL ACTION |
| v. | : | |
| | : | |
| TREDYFFRIN/EASTTOWN SCHOOL | : | |
| DISTRICT, et al. | : | NO. 22-1425 |

## ORDER

AND NOW, this 22nd day of June 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiff Benjamin M. Auslander "to Review Award of Costs and Entry of Judgment under Fed. R. Civ. P. 54(d)(1)," that is to vacate the June 1, 2023 Judgment awarding costs to defendants Tredyffrin/Easttown School District and Arthur J. McDonnell, is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.