IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN M. AUSLANDER,** | : | |
| | : | **Civil Docket No. 2:22-cv-01425-HB** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **TREDYFFRIN/EASTTOWN SCHOOL DISTRICT**, **ARTHUR J. MCDONNELL,** and **PACIFIC EDUCATIONAL GROUP** | : : : : | |
| **Defendants.** | : | |

## SATISFACTION OF JUDGMENT

Kindly mark the judgment entered against Benjamin M. Auslander in the above captioned matter satisfied.

Respectfully Submitted,

**WISLER PEARLSTINE, LLP**

/s/ Brian R. Elias.
Brian R. Elias, Esq.
Christina R. Gallagher, Esq.
460 Norristown Road, Suite 110
Blue Bell, Pennsylvania 19422
Phone: (610) 825-8400
belias@wispeal.com / cgallagher@wispearl.com

*Counsel for Defendants Tredyffrin/Easttown School District and Arthur J. McDonnell*

{02968342 }

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN M. AUSLANDER,** | : | |
| | : | **Civil Docket No. 2:22-cv-01425-HB** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **TREDYFFRIN/EASTTOWN SCHOOL DISTRICT**, **ARTHUR J. MCDONNELL,** and **PACIFIC EDUCATIONAL GROUP** | : : : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was served upon all counsel of record through this Court's electronic case filing system.

**WISLER PEARLSTINE, LLP**

Date:  August 2, 2023

/s/ *Brian R. Elias.*
Brian R. Elias, Esq.
Christina R. Gallagher, Esq.
460 Norristown Road, Suite 110
Blue Bell, Pennsylvania 19422
Phone: (610) 825-8400
belias@wispeal.com / cgallagher@wispearl.com

*Counsel for Defendants Tredyffrin/Easttown
School District and Arthur J. McDonnell*

{02968342 }